# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　　　　　　　　　PLAINTIFF<br>　　　　　v.<br>Francisco Pacheco Martinez<br><br>　　　　　　　　　　　　　　DEFENDANT(S). | CASE NUMBER<br><br>2:25-mj-2756-DUTY<br><br>**ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT** |

　　Upon motion of _Defendant_ , IT IS ORDERED that a detention hearing is set for _Tuesday, May 13,_ , _2025_ , at _1:30_ ☐ a.m. / ☒ p.m. before the Honorable _Stephanie S. Christensen, U.S. Magistrate Judge_ , in Courtroom _790_ .

　　Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_(Other custodial officer)_

Dated: May 12, 2025

　　　　　　　　　　　　　　　　　　　　　　Hon. Stephanie S. Christensen
　　　　　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge